**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HENDERSON,<br>Plaintiff<br>v.<br>JOHNSON, et al.,<br>Defendants | Case No.: 3:25-cv-00366-ART-CSD<br>**Order**<br>Re: ECF No. 24 |

Plaintiff Michael Henderson has filed a document entitled "Motion in Opposition to Answer (ECF 20) to Plaintiff's Complaint." (ECF No. 24.) The motion does not seek any specific relief beyond the relief claimed in this lawsuit and is in substance (if not form) a reply to Defendants' answer. The Federal Rules of Civil Procedures authorize the filing of a reply to answer only upon order of the court. Fed. R. Civ. P. 7(a)(7). As such, the document is an improper pleading and will be ordered stricken.

Accordingly, the Clerk of Court is directed to **STRIKE** Plaintiff's "Motion in Opposition to Answer" (ECF No. 24) from the record.

**IT IS SO ORDERED**.

Dated: August 14, 2026

Craig S. Denney
United States Magistrate Judge