**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL R. HENDERSON,

Plaintiff

v.

CALVIN JOHNSON, et al.,

Defendants

Case No.: 3:25-cv-00366-ART-CSD

**Order**

On April 27, 2026, the Attorney General's Office filed a notice indicating it did not accept service for defendant Governor Joseph Lombardo and filed his last known address under seal, although the Governor's address is a matter of public record. (ECF Nos. 13, 14.) The Clerk issued a summons for Governor Lombardo and directed that service be completed by the U.S. Marshal Service (USMS). (ECF No. 16.)

The summons was returned as executed, indicating Governor Lombardo was served by providing the documents to Leslie Burrows at the address provided. (ECF No. 18.)

Plaintiff has filed two motions requesting entry of Clerk's default as to Governor Lombardo. (ECF Nos. 19, 27.) The court has denied both motions, finding Governor Lombardo has not been properly served. (ECF Nos. 23, 32.) The court has given Plaintiff an extension, until October 23, 2026, to serve Governor Lombardo.

**CONCLUSION**

(1) The Clerk shall kindly **ISSUE** a summons for defendant Governor Joseph Lombardo, and **DELIVER THE SAME** to the U.S. Marshal for service. The Clerk shall also **SEND** a copy

of the operative complaint (ECF No. 4) and this Order to the U.S. Marshal for service on the defendant.

(2) The court will separately provide to the USMS a completed USM-285 form for Governor Lombardo.

(3) Plaintiff is reminded that **October 23, 2026,** is the deadline to serve Governor Lombardo, or he will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: September 9, 2026

Craig S. Denney
United States Magistrate Judge